## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:24-cv-61010-LEIBOWITZ/AUGUSTIN-BIRCH

**HOWARD MICHAEL CAPLAN**,

    *Plaintiff,*

*v.*

**OPM CLASSICS LLC,** *et al.*,

    *Defendants.*

_____/

### <u>ORDER</u>

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff filed this action on June 11, 2024 [ECF No. 1]. To date, Defendant OPM Classics LLC has been served with a copy of the summons and Complaint; however, there is no indication in the court docket that Defendant Barbara S. Hart has been served with a copy of the summons and Complaint. Federal Rule of Civil Procedure 4(m) requires the Court to dismiss any civil action in which the defendant has not been served within ninety (90) days of the filing of the complaint. *See* Fed. R. Civ. P. 4(m).

It is therefore **ORDERED AND ADJUDGED** that on or before **September 9, 2024**, Plaintiff shall perfect service upon Defendant Barbara S. Hart or show cause why this case should not be dismissed as to Defendant Barbara S. Hart for failure to effectuate service of process. Failure to file proof of service or show good cause by **September 9, 2024**, will result in a dismissal without further notice of Defendant Barbara S. Hart. In accordance with this Court's Order in Cases with Multiple Defendants [ECF No. 4], Defendant OPM Classics LLC is subject to the same response period as Defendant Barbara S. Hart once she has been served or waived service.

**DONE AND ORDERED** in the Southern District of Florida on August 19, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record