UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61010-LEIBOWITZ/AUGUSTIN-BIRCH

HOWARD MICHAEL CAPLAN,

    *Plaintiff,*

v.

OPM CLASSICS LLC, *et al.*,

    *Defendant.*

_____/

## ORDER ON DEFAULT PROCEDURE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. Defendant OPM Classics LLC's response to the Complaint was due on September 30, 2024. [ECF No. 8]. To date, Defendant OPM Classics LLC has failed to answer or otherwise respond. Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall submit a *motion for entry of Clerk's default* as to Defendant OPM Classics LLC no later than **November 7, 2024**, that includes the certificate of service indicating that notice was sent to the Defendant, including the address to which it was sent. Plaintiff's failure to file for the *motion for entry of Clerk's default* within the specified time may result in a **dismissal** without prejudice and without further notice as to Defendant OPM Classics LLC.

**DONE AND ORDERED** in the Southern District of Florida on October 17, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record